EDWARD MOSEHAUER, Appellant, *v.* EDWARD T. JENKINS and RAINE EWELL, Respondents.

Second Department, November 20, 1908.

**Municipal Court, city of New York — judgment rendered after expiration of fourteen days — appeal — justice's return conclusive.**

A cause in the Municipal Court of the city of New York is deemed submitted when the court at the conclusion of the trial announces that decision is reserved, and by virtue of section 230 of the Municipal Court Act the decision, in the absence of a stipulation extending the time, must be made within fourteen days from that date or jurisdiction is lost.

The return of the justice of said court showing the time the cause was submitted and the judgment rendered is controlling upon appeal.

APPEAL by the plaintiff, Edward Mosehauer, from a judgment of the Municipal Court of the city of New York, borough of Brooklyn, in favor of the defendants, rendered on the 23d day of March, 1908.

*Frederick Miller,* for the appellant.

*Franklin Taylor,* for the respondent Ewell.

HOOKER, J.:

The case was tried in the Municipal Court on February 21, 1908, and decision reserved, but judgment was not rendered until March 23, 1908, more than fourteen days. (Mun. Ct. Act [Laws of 1902, chap. 580], § 230.) There was no stipulation to extend the time for rendering judgment. Such are the circumstances as they appear in the return of the justice, which is controlling upon us. (*Stern* v. *Fleck,* 102 App. Div. 272.) The case is deemed submitted and the fourteen days commences to run on the day of the trial, when it is announced by the justice at its conclusion, " Decision reserved." (*City Button Works* v. *Cohn,* 52 Misc. Rep. 112.) The justice, therefore, had lost jurisdiction to render judgment, which must be reversed and a new trial ordered, costs to abide the event.

WOODWARD, GAYNOR, RICH and MILLER, JJ., concurred.

Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event.